DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

**FILED**

SEP 0 9 2011


UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
PAUL ROBERT KRUZEL

Chapter 13
Case No. 09-3-0794 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $6.45 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 005 | CLERK OF THE COURT FOR AMERICAN AGENCIES P O BOX 2829 TORRANCE, CA 90509-2829 | $6.45 |

Dated:   September 7, 2011

_____
CECILIA MARCELO
Receipts Administrator